UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION


FILED
FEB 06 2007
CLERK

```
******************************************************************
                              *
BROIN AND ASSOCIATES, INC.,   *     CIV 05-4001
                              *
            Plaintiff,        *
      vs.                     *
                              *     JUDGMENT
ADVANCED ENVIRONMENTAL        *
SYSTEMS, INC.,                *
                              *
            Defendant.        *
                              *
                              *
******************************************************************
```

In accordance with the Memorandum Opinion and Order filed this date with the Clerk,

IT IS ORDERED, ADJUDGED and DECREED that Judgment by default is entered in favor of Plaintiff, Broin and Associates, Inc, and against Defendant Advanced Environmental Systems, Inc., in the amount of $4,699,248.

Dated this 6th day of February, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _Shelly Margulies_
            DEPUTY